GIBSON, DUNN & CRUTCHER LLP
PETER S. MODLIN, SBN 151453
pmodlin@gibsondunn.com
CHRISTINE FUJITA, SBN 274750
cfujita@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200, Fax: (415) 393-8306

SIDLEY AUSTIN LLP
MAJA C. EATON, IL Bar No. 6188479 (admitted in N.D. Cal.)
meaton@sidley.com
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000, Fax: (312) 853-7036

Attorneys for Plaintiff GE Healthcare Inc.

[GRANTED — Judge Maria-Elena James]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE HEALTHCARE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC K. SHINSEKI, IN HIS OFFICIAL CAPACITY AS SECRETARY, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　　Defendant. | CASE NO.: 11-CV-3068 (MEJ)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

　　Plaintiff GE Healthcare, Inc., by and through its undersigned counsel of record, hereby DISMISSES this suit without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: August 1, 2011

　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　By: /s/ Peter S. Modlin
　　　　　　　　　　　　　　　　　　　　Peter S. Modlin

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff GE Healthcare Inc.

101125431.1